The following cases in which the Court of Appeals issued published opinions have been appealed to the Supreme Court:

1. Larod Nayquan Robinson
    v. Commonwealth of Virginia
    Record No. 0207-13-1
    Opinion rendered by Judge Alston on
    April 29, 2014
    **Delayed appeal awarded by Supreme Court of Virginia**

2. Joquan Wayne Hawkins
    v. Commonwealth of Virginia
    Record No. 0908-14-2
    Opinion rendered by Senior Judge Haley on
    April 21, 2015

3. Kevin Lamont Martin
    v. Commonwealth of Virginia
    Record No. 0719-14-1
    Opinion rendered by Judge McCullough on
    April 28, 2015

The following cases in which the Court of Appeals issued published opinions have been disposed of by the Supreme Court:

1. George Wesley Huguely, V
   v. Commonwealth of Virginia
   Record No. 1697-12-2
   Opinion rendered by Judge Beales
     on March 4, 2014
   Refused (140678)

2. Larod Nayquan Robinson
   v. Commonwealth of Virginia
   Record No. 0207-13-1
   Opinion rendered by Judge Alston
     on April 29, 2014
   Refused (141558)

3. Jonathan Nathaniel Ramsey
   v. Commonwealth of Virginia
   Record No. 2023-12-4
   Opinion rendered by Senior Judge Annunziata
     on May 13, 2014
   Refused (140934)

4. Joseph Altiro Turner
   v. Commonwealth of Virginia
   Record No. 0352-13-1
   Opinion rendered by Chief Judge Huff
     on May 20, 2014
   Refused (140956)

5. James Albert Harris, III
   v. Commonwealth of Virginia
   Record No. 0558-13-1
   Opinion rendered by Judge Beales
     on June 24, 2014
   Dismissed pursuant to Rule 5:17 (c)(1)(iii)

6. James C. Howard, Jr.
   v. Commonwealth of Virginia
   Record No. 0820-13-1
   Opinion rendered by Senior Judge Bumgardner
     on August 5, 2014
   Refused (141410)

7. Adedamola Oraide Adeniran
   v. Commonwealth of Virginia
   Record No. 0317-13-4
   Opinion rendered by Judge Frank
   on August 19, 2014
   Refused (141386)

8. Quindell M. Kirby
   v. Commonwealth of Virginia
   Record No. 2307-12-2
   Opinion rendered by Judge Alston
   on September 2, 2014
   Refused (141442)

9. Michael Alonzo Robinson, Jr.
   v. Commonwealth of Virginia
   Record No. 0097-13-2
   Opinion rendered by Judge Alston
   on September 16, 2014
   Refused (141489)

10. Prince Adjei
   v. Commonwealth of Virginia
   Record No. 1380-13-2
   Opinion rendered by Judge Decker
   on September 23, 2014
   Refused (141613)